IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, et al.,<br><br>    Defendants._____/ | No. C 09-00984 CRB<br><br>**ORDER** |

On June 9, 2009, the Court issued an order granting motions to dismiss filed by Defendants Wells Fargo Bank, Mortgage Electronic Registration Systems, Inc., Aztec Foreclosure Corporation, and EMC Mortgage Corporation. The Court instructed Plaintiff Maria Gomez to file an amended complaint within thirty days. Over thirty days have now passed, and Plaintiff has not filed a new pleading. However, it appears that Plaintiff was not served in a timely fashion with the Court's June 9 order. Accordingly, Plaintiff is given another thirty (30) days from the date of this order to file an amended complaint. Failure to do so will result in judgment being entered against Plaintiff.

///

///

///

///

The case management conference currently scheduled for July 24, 2009 is hereby VACATED and rescheduled for August 28, 2009 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: July 14, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\984\order scheduling.wpd          2