IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, et al.,<br><br>          Defendants.                              / | No. CV 09-0984 CRB<br><br>**ORDER** |

The parties are advised to be prepared to discuss at the October 16 hearing the question of whether this Court has subject matter jurisdiction in this case. This case was removed on the basis of federal question jurisdiction, but the amended complaint has abandoned any claim under the Truth in Lending Act, 15 U.S.C. § 1601 et seq.

**IT IS SO ORDERED.**

Dated: Oct. 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\984\Order.wpd