**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 16, 2009**

**C-09-00984** CRB

   **MARIA GOMEZ  v.  WELLS FARGO BANK**

Attorneys:  Pro Se                                        Erik Kemp

                                                                        Kiran Sharma

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Katherine Sullivan**

**PROCEEDINGS:**                                                                                           **RULING:**

1. D's Motion to Dismiss

2.

3.

**ORDERED AFTER HEARING:**

 Matter remanded to state court.

( ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____       for _____

Discovery Cut-Off _____                                Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                  Deft to Name Experts by _____
P/T Conference Date _____        Trial Date _____        Set for _____ days
                                Type of Trial:  ( )Jury    ( )Court

Notes: _____